IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS ARTHUR ENTREKIN, ) <br> as Executor of the Last Will and ) <br> Testament of Edith L. Entrekin, Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL MEDICINE ASSOCIATES ) <br> OF DOTHAN, P.A., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:10-CV-557-WKW [WO] |

## **ORDER**

The parties have filed a Joint Motion to Extend the Deadline for Filing their Rule 26(f) Report.  (Doc. # 23.)  It is ORDERED that the motion is GRANTED and that all deadlines in this case are SUSPENDED during the pendency of Turenne & Associates, LLC's appeal of this court's decision to deny a motion to compel arbitration.  (Doc. # 19.)

DONE this 16th day of February, 2011.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE